In the Matter of VICTOR SOWELL, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted June 2, 2014; decided September 4, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

In the Matter of STATE OF NEW YORK, Respondent, v JOHN S., Appellant.

Submitted June 23, 2014; decided September 4, 2014

Motion for reargument denied [see 23 NY3d 326 (2014)].

MARIO VELARDO et al., Appellants, v LUDWIG TOMESCU et al., Respondents.

Submitted June 9, 2014; decided September 4, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DEBRA WEISSMAN, Appellant, v RONALD WEISSMAN, M.D., et al., Respondents.

Submitted June 9, 2014; decided September 4, 2014

Motion to strike respondents' affidavit in opposition to the motion for leave to appeal denied.